~~SECRET~~ unsealed 3v 08uy

FILED
08 FEB 22 PM 3:33

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CA

BY: ___pw___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 0510 BEN |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 21, U.S.C., |
| ) | Sec. 841(a)(1) - Distribution of |
| KARL DELEON MURRAH, ) | MDMA (Ecstasy); Title 18, U.S.C., |
| ) | Sec. 2 - Aiding and Abetting |
| Defendant. ) | |

The grand jury charges:

On or about December 3, 2003, within the Southern District of California, defendant KARL DELEON MURRAH did knowingly and intentionally distribute approximately 250 tablets of 3,4-Methylenedioxymethamphetamine HCL (MDMA, commonly referred to as Ecstasy)(approximately 90.4 grams of MDMA), a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: February 22, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
TIMOTHY F. SALEL
Assistant U.S. Attorney

TFS:nlv(xxx):San Diego
2/22/08

ajc 1