*unsealed 3-v-08 ajs*

~~SECRET~~

FILED
08 FEB 22 PM 3:38

CLERK U.S. DISTRICT
SOUTHERN DISTRICT OF C...

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 0510 BEN |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF RELATED CASE |
| ) | |
| KARL DELEON MURRAH, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Youssef Mustapha Habhab</u>, Criminal Case No. 08CR0404-BEN.

DATED: February 22, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ Timothy F. Salel*
TIMOTHY F. SALEL
Assistant U.S. Attorney

ajs2