AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

**SECRET**

FILED
2008 MAR 11 AM 9:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____RM_____ DEPUTY

UNITED STATES OF AMERICA
V.
Karl Deleon Murrah

## WARRANT FOR ARREST

# 1453511

CASE NUMBER: 08cr0510 BEN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Karl Deleon Murrah_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

Count 1 - 21:841(a)(1) - Distribution of MDMA (Ecstasy); 18:2 - Aiding and Abetting

In violation of Title _____See Above_____ United States Code, Section(s)

RECEIVED 2008 FEB 25 A 11:32 U.S. MARSHAL SOUTHERN DISTRICT OF CA

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

_A. [signature]_
Signature of Deputy

February 25, 2008   San Diego, CA
Date and Location

DATE 3/6/08
Bail fixed at $ _____  ARRESTED BY _DEA / USMS_

The Honorable William McCurine, Jr.
Name of Judicial Officer

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY [signature]
RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I "Z" DEA     AUSA - SMcl     3599
OCDETF "SW-CAS # 435"              (Dist of Ecstacy)
"OPERATION MR CLEAN"