**VICTOR MANUEL TORRES**
California Bar No. 140862
406 Ninth Avenue, Suite 311
San Diego, CA 92101
Tel: (619)232-8776
Fax: (619)232-2326
lawforvatos@yahoo.com

Attorney for Defendant **MURRAH**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No. 08CR0510-BEN |
| )| |
| Plaintiff,          ) | DATE: MAY 5, 2008 |
| ) | TIME: 2:00 p.m. |
| vs.          ) | |
| ) | **MOTION FOR ORDER** |
| KARL DELEON MURRAH,          ) | **SHORTENING TIME** |
| ) | |
| Defendant.          ) | |
| ) | |
|          ) | |

    KARL DELEON MURRAH, Defendant, by and through his counsel, moves this court for an Order Shortening Time in his NOTICE OF MOTION AND MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION, filed on April 24, 2008 via the CM/ECF system herewith to ELEVEN (11) days, to be heard May 5, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, for the following reasons:

1

unusual press of business.

DATED: 4/24/08                              Respectfully submitted,

                                            s/ *VICTOR MANUEL TORRES*
                                            **VICTOR MANUEL TORRES**
                                            Attorney for Mr. MURRAH