1  KAREN P. HEWITT
   United States Attorney
2  TIMOTHY F. SALEL
   Assistant U.S. Attorneys
3  California State Bar No. 163597
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone No.:  (619) 557-6074
   Facsimile No.:   (619) 557-3445
6  E-mail: timothy.salel@usdoj.gov

7  Attorneys for Plaintiff
   United States of America

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )  Criminal Case No.  08CR0510-BEN
                                     )
11                 Plaintiff,        )
                                     )  NOTICE OF APPEARANCE
12           v.                      )
                                     )
13  KARL DELEON MURRAH,              )
                                     )
14                 Defendant.        )
    _____ )

15

16       TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, Timothy F. Salel, the undersigned Assistant U.S. Attorney, hereby enters my appearance

18  as counsel in the above-captioned case.

19  **Name**          **CA Bar No.**     **Telephone No.**      **E-mail Address**

20  Timothy F. Salel    163597         (619) 557-6074       timothy.salel@usdoj.gov

21       I, Timothy F. Salel, hereby certify that I am admitted to practice in this court or authorized

22  to practice under CivLR 83.3.c.3-4.

23

24

25

26

27

28

1    Effective this date, the following Government attorney is no longer associated with this case

2    and should not receive any further Notices of Electronic Filings relating to activity in this case:

3    **Name**              **CA Bar No.**         **Telephone No.**         **E-mail Address**

4    None              N/A              N/A              N/A

5                                  Respectfully submitted,

6                                  KAREN P. HEWITT
                                   United States Attorney

7

8    DATED: June 2, 2008              */S/ TIMOTHY F. SALEL*
                                   TIMOTHY F. SALEL
9                                  Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0510-BEN |
| Plaintiff, | ) |
| v. | ) CERTIFICATE OF SERVICE |
| KARL DELEON MURRAH, | ) |
| Defendant. | ) |

IT IS HEREBY CERTIFIED that:

I, Timothy F. Salel, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I have caused service of **NOTICE OF APPEARANCE**, on the following parties, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following parties at their respective e-mail addresses:

VICTOR MANUEL TORRES - Attorney for KARL DELEON MURRAH (2)

lawforvatos@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 2, 2008            */S/ TIMOTHY F. SALEL*
TIMOTHY F. SALEL
Assistant U.S. Attorney
E-mail: timothy.salel@usdoj.gov

08CR0510-BEN